# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DIER, | |
| PLAINTIFF, | |
| v. | Civil Action No. 2:24-cv-2306 |
| JEFFREY MARTIN LANDRY, et al., | Judge: GGG - MBN |
| DEFENDANTS. | |

## DEFENDANTS' NOTICE TO THE COURT RELATED TO THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

On Friday, the State filed a letter stating that it intended to file an opposition to Plaintiffs' preliminary-injunction motion today, October 15, well in advance of the current November 12 deadline. ECF No. 49. Later on Friday, the Attorney General asked the team handling this matter to prepare an emergency complaint and request for a temporary restraining order to address an emergency unfolding in the Western District. As a result, the team has worked through the weekend to prepare for the imminent filing of that lawsuit this week, which diverted attention away from this matter.

The State thus deeply apologizes for the delay, but it now intends to file its preliminary-injunction opposition on Monday, October 21—22 days ahead of the current November 12 deadline. Thank you for your consideration.

| | |
|---|---|
| Dated: October 15, 2024 | Respectfully submitted, |

                                              /s/ Zachary Faircloth

J. BENJAMIN AGUIÑAGA*
  *Solicitor General*
ZACHARY FAIRCLOTH (La #39875)
  *Principal Deputy Solicitor General*
CAITLIN A. HUETTEMANN (La #40402)**
  *Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov

*Counsel for Defendants Jeffrey Martin Landry, Elizabeth Murrill, Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, and Ronnie Morris*

*pro hac vice forthcoming
**E.D. La. admission pending