**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHRISTOPHER DIER, | |
| Plaintiff, | |
| v. | Civil Action No. 2:24-cv-2306 |
| JEFFREY MARTIN LANDRY, et al., | Judge: GGG - MBN |
| Defendants. | |

**DECLARATION OF J. BENJAMIN AGUIÑAGA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, J. Benjamin Aguiñaga, declare:

1. I am an attorney with the Louisiana Department of Justice located in Baton Rouge, Louisiana.

2. I am not a member of the Louisiana bar. I am not eligible for admission to the bar of the Eastern District of Louisiana under Local Rule 83.2.1.

3. I am a member in good standing of the Texas Supreme Court. A certificate of my good standing is filed herewith.

4. There have been no disciplinary proceedings or criminal charges instituted against me.

5. I have reviewed and am familiar with the Court's Local Rules.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

2

I do solemnly swear that I will conduct myself as an attorney and counselor of this Court, uprightly and according to law; and that I will support the Constitution of the United States.

Dated: November 6, 2024

*/s/ J. Benjamin Aguiñaga*
J. Benjamin Aguiñaga