IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DIER,<br><br>        *Plaintiff*,<br><br>    v.<br><br>JEFFREY MARTIN LANDRY et al,<br><br>        *Defendants*. | Civil Action No. 24-2306<br><br>Judge Greg Guidry<br><br>Mag. Judge Michael North |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff respectfully provides the Court with the Middle District of Louisiana's recent decision in the parallel challenge to H.B. 71, *Roake v. Brumley*, No. 3:24-CV-517 (JWD) (SDJ) ("Dkt.") (M.D. La. Nov. 12, 2024). In *Roake*, Reverend Darcy Roake and Louisiana parents and their minor schoolchildren sued the Louisiana State Superintendent of Education and other defendants, requesting declaratory and injunctive relief to prevent the enforcement of H.B. 71. *See generally* Dkt. 1. The defendants filed concurrent Motions to Dismiss under Rules 12(b)(1) and 12(b)(6), and conditionally moved to stay issuing any preliminary injunction. Dkts. 38–40. The *Roake* defendants' arguments on ripeness, standing, cause of action, sovereign immunity, the Establishment, and the Free Exercise Clause were materially similar in virtually all respects to Defendants' arguments in this case.

Today, the Middle District of Louisiana denied the *Roake* defendants' motion to dismiss and granted the *Roake* plaintiffs' request for a preliminary injunction. Dkt. 86. First, the court held that the plaintiffs' claims were ripe and that they have standing. The court distinguished *Staley v. Harris County*, 461 F.3d 504 (5th Cir. 2006), explaining that "regardless of what iterations

of the displays AG Defendants are able to conjure up for purposes of their briefing, the fundamental requirements of the Act mandate that the displays occur in a specific time, place, and manner that contravene the First Amendment." Dkt. 86. at 28–32 (citations omitted). The court also ruled that the plaintiffs' injuries were fairly traceable to "the action of each defendant," explaining that Louisiana law "empower[s]" the defendants to execute, implement, and administer state law. *See,* Dkt. 86 at 44–45, 55–57 ("The fact that H.B. 71 will be enforced through the School Board Defendants does not gainsay the role of the Superintendent and BESE members in implementing and enforcing the Act.").[1] The court also rejected the defendants' sovereign immunity arguments, recognizing that "*Ex parte Young* allows for threatened violations of federal law and not merely ongoing ones." Dkt. 86 at 54.

On the merits, the court held that H.B. 71 violates the Establishment Clause. Dkt. 86 at 82 It explained that "*Stone* remains good law and is directly on point" and noted that, "at oral argument, the AG Defendants conceded that *Stone* remains binding on this Court." Dkt. 86 at 86–98. Further, "even if *Stone* did not control, H.B. 71 would be unconstitutional under *Kennedy v. Bremerton School District*, 597 U.S. 507 (2022)." Dkt. 86 at 10, 112, 126–35. The court also held that the plaintiffs plausibly alleged their Free Exercise claim, "easily reject[ing] [the] AG Defendants' argument that the Act is neutral" with respect to religion. Dkt. 86 at 144–49.

---

[1] The Governor and the Attorney General are defendants in this action but not in *Roake*. The State Superintendent (Cade Brumley) and the BESE defendants are defendants in both actions.

Dated: November 12, 2024

Respectfully submitted,

*/s/ Alex Rothenberg*

| | |
|---|---|
| Andrew T. Tutt*** <br> ARNOLD & PORTER <br>  KAYE SCHOLER LLP <br> 601 Massachusetts Avenue, NW <br> Washington, DC 20001 <br> (202) 942-5000 <br> andrew.tutt@arnoldporter.com <br><br> William T. Sharon** <br> Sarah Elnahal*** <br> Rachel Carpman** <br> Alex Potcovaru*** <br> ARNOLD & PORTER <br>  KAYE SCHOLER LLP <br> 250 West 55th Street <br> New York, NY 10019-9710 <br> (212) 836-8000 <br> william.sharon@arnoldporter.com | Alex B. Rothenberg (La. Bar No. 34740), T.A. <br> GORDON, ARATA, MONTGOMERY, <br>  BARNETT, MCCOLLAM, DUPLANTIS <br>  & EAGAN, LLC <br> 201 St. Charles Avenue, 40th Fl. <br> New Orleans, LA 70170 <br> (504) 679-9826 <br> arothenberg@gamb.com <br><br> Allyson C. Myers*** <br> Cameron Klein* <br> ARNOLD & PORTER <br>  KAYE SCHOLER LLP <br> 777 South Figueroa Street | 44th Floor <br> Los Angeles, CA 90017-5844 <br> (212) 836-8000 <br> ally.myers@arnoldporter.com |

*Counsel for Plaintiff Christopher Dier*

\*\*\* *Pro Hac Vice*

\*\* *Application for Pro Hac Vice admission pending*

\* *Application for Pro Hac Vice admission forthcoming*