UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTOPHER DIER**                                          **CIVIL ACTION**

**VERSUS**                                                    **NO.: 24-2306**

**JEFFREY MARTIN LANDRY, ET AL**                              **SECTION:   T (5)**

## NOTICE

On October 23, 2024, a Scheduling Order was issued in this matter (R. Doc. 56).  In said Order a Pretrial Conference was noticed.  The call-in information in the referenced Order has now changed.  The call-in information for the Pretrial Conference with Judge Guidry will be:

833-990-9400 (Toll Free)
**Guest Call ID**
509487372

Please incorporate this information in your calendar so you are calling Judge Guidry timely at the time and date designated in the Scheduling Order.

DEDRA D. PONGRACZ, FOR THE COURT
CASE MANAGER SECTION "T"
dedra_pongracz@laed.uscourts.gov