UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DIER, <br><br> Plaintiff, <br><br> v. <br><br> JEFFREY MARTIN LANDRY, et al., <br><br> Defendants. | Civil Action No. 2:24-cv-2306 <br><br> Judge: GGG - MBN |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants respectfully provide the Court with notice of the United States Court of Appeals for the Fifth Circuit's recent order granting Defendants' Motion for Administrative Stay in *Roake v. Brumley*, the parallel litigation challenging H.B. 71 in the Middle District of Louisiana.[1] Following the Middle District's decision denying the *Roake* defendants' Motion to Dismiss and enjoining H.B. 71,[2] *see* ECF 63 (attaching decision as exhibit), the defendants in that case appealed to the Fifth Circuit and filed a Motion for Administrative Stay of the Notice Provision of the Middle District's order. *See* Ex. A (administrative stay motion). On November 15, the Fifth Circuit granted that motion and entered an administrative stay pending the Court's disposition of the defendants' forthcoming motion for stay pending appeal, which Defendants also filed on November 15. *See* Ex. B (Fifth Circuit order granting administrative stay); Ex. C (*Roake* defendants' motion for stay pending appeal).

The administrative stay addresses an abuse of discretion by the Middle District in attempting to grant a universal injunction against H.B. 71 by ordering Superintendent Brumley

---

[1] The case numbers for *Roake* are 3:24-CV-517 in the Middle District and 24-30796 in the Fifth Circuit.
[2] Cade Brumley and the BESE Defendants are defendants in both this action and in *Roake*. Governor Jeff Landry and Attorney General Liz Murrill are defendants in this action but not in *Roake*.

and BESE to "provide notice" to non-party schools regarding the district court's opinion that H.B. 71 is unconstitutional. The administrative stay reaffirms that non-party schools (*i.e.*, those that are not defendants in *Roake*)—including Plaintiff's—remain obligated to comply with H.B. 71 in advance of its January 1, 2025, compliance deadline.

Dated: November 18, 2024                    Respectfully submitted,

                                         /s/ *Zachary Faircloth*
J. BENJAMIN AGUIÑAGA*
  *Solicitor General*
ZACHARY FAIRCLOTH (La #39875)
  *Principal Deputy Solicitor General*
CAITLIN A. HUETTEMANN (La #40402)**
  *Assistant Solicitor General*
OFFICE OF THE LOUISIANA ATTORNEY GENERAL
1885 North Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagab@ag.louisiana.gov
fairclothz@ag.louisiana.gov
huettemannc@ag.louisiana.gov

*Counsel for Defendants Jeffrey Martin Landry, Elizabeth Murrill, Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, and Ronnie Morris*

*\*pro hac vice*
*\*\*E.D. La. admission pending*

2