# EXHIBIT B

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 15, 2024
Lyle W. Cayce
Clerk

No. 24-30706

_____

Darcy Roake, Reverend, on behalf themselves and *on behalf of their minor children*, real party in interest A.V., real party in interest S.V.; Adrian Van Young, *on behalf of themselves and on behalf of their minor children*, real party in interest A.V., real party in interest S.V.; Mamie Broadhurst, Reverend, *on behalf of themselves and on behalf of their minor child*, real party in interest N.W.; Richard Williams, Reverend, *on behalf of themselves and on behalf of their minor child*, real party in interest N.W.; Jeff Sims, Reverend, *on behalf of himself and on behalf of his minor children*, real party in interest A.S., real party in interest C.S. 1, real party in interest C.S. 2; Jennifer Harding, *on behalf of themselves and on behalf of their minor child*, real party in interest A.O.; Benjamin Owens, *on behalf of themselves and on behalf of their minor child*, real party in interest A.O.; David Hawley, *on behalf of themselves and on behalf of their minor children* real party in interest A.H., real party in interest L.H.; Erin Hawley, *on behalf of themselves and on behalf of their minor children*, real party in interest A.H, real party in interest L.H.; Dustin McCrory, *on behalf of themselves and on behalf of his minor children*, real party in interest E.M.; real party in interest P.M., real party in interest L.M.; Gary Sernovitz, *on behalf of themselves and on behalf of their minor child*, real party in interest T.S.; Molly Pulda, *on behalf of themselves and on behalf of their minor child*. real party in interest T.S.; Christy Alkire, *on behalf of herself and on hehalf of her minor child*, real party in interest L.A.; Joshua Herlands, *on behalf of himself and on behalf of his minor children*, real party in interest E.H., real party in interest J.H.,

No. 24-30706

*Plaintiffs—Appellees,*

*versus*

CADE BRUMLEY, *in his official capacity as the Louisiana State Superintendent of Education*; CONRAD APPEL, *in his official capacity as a member of the Louisiana State Board of Elementary and Secondary Education (LSBESE)*; JUDY ARMSTRONG, *in her official capacity as a member of the LSBESE*; KEVIN BERKEN, *in his official capacity as a member of the LSBESE*; PRESTON CASTILLE, *in his official capacity as a member of LSBESE*; SIMONE CHAMPAGNE, *in her official capacity as a member of the LSBESE*; SHARON LATTEN-CLARK, *in her official capacity as a member of the LSBESE*; LANCE HARRIS, *in his official capacity as a member of LSBESE*; PAUL HOLLIS, LOUISIANA STATE BOARD OF ELEMENTARY and SECONDARY EDUCATION; SANDY HOLLOWAY, *in her official capacity as a member of the LSBESE*; STACEY MELERINE, *in her official capacity as a member of the LSBESE*; RONNIE MORRIS, *in his official capacity as a member of the LSBESE*; EAST BATON ROUGE PARISH SCHOOL BOARD; LIVINGSTON PARISH SCHOOL BOARD; VERNON PARISH SCHOOL BOARD; ST. TAMMANY PARISH SCHOOL BOARD,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:24-CV-517
_____

UNPUBLISHED ORDER

2

Before SMITH, GRAVES, and ENGELHARDT, *Circuit Judges*.
PER CURIAM:

IT IS ORDERED that Appellants' opposed motion for an administrative stay pending the Court's disposition of the forthcoming motion for stay pending appeal is GRANTED.[1]

---

[1] Judge Graves would deny the motion.