IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DIER,<br><br>    *Plaintiff*,<br><br>    v.<br><br>JEFFREY MARTIN LANDRY in his official capacity as Governor of the State of Louisiana, et al.<br><br>    *Defendants*. | Civil Action No. 24-2306<br><br>Judge Greg G. Guidry<br><br>Mag. Judge Michael North |

## **ORDER**

Considering Defendants' Motion to Enroll Joseph C. Davis; R. Doc. 77,

**IT IS ORDERED** that Joseph C. Davis be enrolled as additional counsel for Defendants Jeffrey Martin Landry, Elizabeth Murrill, Cade Brumley, Conrad Appel, Judy Armstrong, Kevin Berken, Preston Castille, Simone Champagne, Sharon Latten-Clark, Lance Harris, Paul Hollis, Sandy Holloway, Stacey Melerine, and Ronnie Morris, in the above-captioned matter.

New Orleans, Louisiana, this 24th day of December 2024.

                                                GREG GERARD GUIDRY
                                        UNITED STATES DISTRICT JUDGE