# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER DIER,<br><br>    *Plaintiff*,<br><br>v.<br><br>JEFFREY MARTIN LANDRY et al,<br><br>    *Defendants*. | Civil Action No. 24-2306<br><br>Judge Greg Guidry<br><br>Mag. Judge Michael North |

## **ORDER**

Considering the Parties' Joint Motion to Postpone Deadlines; R. Doc. 79,

**IT IS ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadlines in this Court's October 23, 2024 Scheduling Order are continued without date until the Court decides on the currently pending motions, R. Docs. 41, 47.

New Orleans, Louisiana this 28th day of April 2025

                                        **GREG GERARD GUIDRY**
                                    **UNITED STATES DISTRICT JUDGE**