## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

CHRISTOPHER DIER,

     *Plaintiff*,

    v.

JEFFREY MARTIN LANDRY et al,

     *Defendants*.

Civil Action No. 24-2306

Judge Greg Guidry

Mag. Judge Michael North

### PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff Christopher Dier respectfully provides the Court with a copy of the Fifth Circuit's

published opinion in *Roake v. Brumley*, No. 24-30706, issued on June 20, 2025.

Dated: June 23, 2025

Andrew T. Tutt*
ARNOLD & PORTER
  KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
andrew.tutt@arnoldporter.com

William T. Sharon*
Sarah Elnahal*
Rachel Carpman*
Alexander J. Potcovaru*
ARNOLD & PORTER
  KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
william.sharon@arnoldporter.com

*Counsel for Plaintiff Christopher Dier*

Respectfully submitted,

<u>/s/ Alex B. Rothenberg</u>
Alex B. Rothenberg (La. Bar No. 34740), T.A.
Elizabeth A. McGovern (La. Bar No. 41342)
GORDON, ARATA, MONTGOMERY,
  BARNETT, MCCOLLAM, DUPLANTIS
  & EAGAN, LLC
201 St. Charles Avenue, 40th Fl.
New Orleans, LA 70170
(504) 679-9826
arothenberg@gamb.com

Allyson C. Myers*
Cameron Klein*
ARNOLD & PORTER
  KAYE SCHOLER LLP
777 South Figueroa Street | 44th Floor
Los Angeles, CA 90017-5844
(212) 836-8000
ally.myers@arnoldporter.com

* *Pro Hac Vice*