**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| CHRISTOPHER DIER,<br>*Plaintiff*,<br>v.<br>JEFFREY MARTIN LANDRY et al,<br>*Defendants*. | Civil Action No. 24-2306<br>Judge Greg Guidry<br>Mag. Judge Michael North |

**NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3(c)(1) and 4(a), notice is hereby given that Plaintiff Christopher Dier in the above-named case appeals to the United States Court of Appeals for the Fifth Circuit. Plaintiff appeals the order (Dkt. 87, entered April 22, 2026) and accompanying final judgment (Dkt. 88, entered April 23, 2026) and all underlying findings, determinations, rulings, opinions, and orders entered in the case that were adverse, either in whole or in part, to Plaintiff.

Dated: April 23, 2025

Respectfully submitted,

*/s/ Alex B. Rothenberg*

Alex B. Rothenberg (La. Bar No. 34740), T.A.
Elizabeth A. McGovern (La. Bar No. 41342)
GORDON, ARATA, MONTGOMERY,
BARNETT, MCCOLLAM, DUPLANTIS
& EAGAN, LLC
201 St. Charles Avenue, 40th Fl.
New Orleans, LA 70170
(504) 679-9826
arothenberg@gordonarata.com
emcgovern@gordonarata.com

Andrew T. Tutt***
Stefan Suazo*
ARNOLD & PORTER
KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
(202) 942-5000
andrew.tutt@arnoldporter.com

William T. Sharon***
Sarah Elnahal***
ARNOLD & PORTER
KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
(212) 836-8000
william.sharon@arnoldporter.com

Allyson C. Myers***
ARNOLD & PORTER
KAYE SCHOLER LLP
777 South Figueroa Street, 44th Fl.
Los Angeles, CA 90017-5844
(213) 243-4000
ally.myers@arnoldporter.com

*Counsel for Plaintiff Christopher Dier*

*** *Pro Hac Vice*

** *Application for Pro Hac Vice admission pending*

* *Application for Pro Hac Vice admission forthcoming*